UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DENIS NESTEROV, individually and on behalf
of all others similarly situated,

        Plaintiff,                                      JUDGMENT
                                                           18-CV-7200 (MKB) (SJB)

    v.

KVADRO S CORP. and SERGEY LISENKO

        Defendants.
------------------------------------------------------------ X

        An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on April 2, 2021, adopting the Report and Recommendation of Magistrate Sanket J. Bulsara, dated March 11, 2021, dismissing the Amended Complaint without prejudice; it is

        ORDERED and ADJUDGED that the Amended Complaint is dismissed without prejudice.

Dated: Brooklyn, NY                                                          Douglas C. Palmer
       April 5, 2021                                                         Clerk of Court

                                                                    By:    /s/*Jalitza Poveda*
                                                                                Deputy Clerk